IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SELENE COMMUNICATION TECHNOLOGIES, LLC, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | C.A. No. 14-342 (SLR) |
| RACKSPACE US, INC., RACKSPACE HOSTING INC. AND JUNGLE DISK, LLC, ) ) ) | **JURY TRIAL DEMANDED** |
| Defendant. ) | |

## ALERT LOGIC INC.'S MOTION TO INTERVENE

Alert Logic, Inc. ("Alert Logic"), hereby moves to intervene in this case pursuant to Fed. R. Civ. P. 24(a), or in the alternative Fed. R. Civ. P. 24(b), as a defendant and counterclaimant with respect to Selene Communication Technologies, LLC's patent infringement allegations pertaining to U.S. Patent No. 7,143,444.

The grounds for this motion are fully set forth in the opening brief filed herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
jying@mnat.com

*Attorneys for Intervenor Alert Logic, Inc.*

OF COUNSEL:

Jesse J. Jenner
Khue V. Hoang
Todd M. Simpson
Deanne K. Cevasco
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
(212) 596-9000

June 16, 2014

- 2 -

## **RULE 7.1.1 CERTIFICATE**

I hereby certify that the subject of the foregoing motion has been discussed with counsel for the plaintiff and that no agreement was reached. None of the defendants oppose this motion.

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)

**CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2014, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on June 16, 2014, upon the following in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Stephen B. Brauerman, Esquire<br>Vanessa R. Tiradentes, Esquire<br>Sara E. Bussiere, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Sadaf R. Abdullah, Esquire<br>Gordie D. Puckett, Esquire<br>Alexander E. Gasser, Esquire<br>SKIERMONT PUCKETT LLP<br>2200 Ross Avenue, Suite 4800W<br>Dallas, TX 75201<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Kenneth L. Dorsney, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>*Attorneys for Rackspace US, Inc., Rackspace Hosting, Inc. and Jungle Disk LLC* | *VIA ELECTRONIC MAIL* |
| Paul V. Storm, Esquire<br>Sarah M. Paxson, Esquire<br>GARDERE WYNNE SEWELL LLP<br>1601 Elm Street, Suite 3000<br>Dallas, TX 75201<br>*Attorneys for Rackspace US, Inc., Rackspace Hosting, Inc. and Jungle Disk LLC* | *VIA ELECTRONIC MAIL* |

/s/ *Jack B. Blumenfeld*
Jack B. Blumenfeld (#1014)