**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SELENE COMMUNICATION TECHNOLOGIES, LLC, | ) ) ) |
| Plaintiff, | ) ) C.A. No. 14-342-LPS ) |
| v. | ) **JURY TRIAL DEMANDED** ) |
| RACKSPACE US, INC., RACKSPACE HOSTING, INC, and JUNGLE DISK LLC, | ) ) ) |
| Defendants, | ) ) |
| and | ) ) |
| ALERT LOGIC, INC., | ) ) |
| Intervenor. | ) |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Selene Communication Technologies, LLC ("Plaintiff") and Defendants Rackspace US, Inc., Rackspace Hosting, Inc. and Jungle Disk, LLC (collectively, "Defendants"), having resolved Plaintiff's claims for relief against Defendants, hereby stipulate to dismiss Plaintiff's claims for relief against Defendants with prejudice. Plaintiff and Defendants will each bear their own costs and fees related to the above captioned matter and each waive the right to make a claim against the other for such costs, attorney's fees or any other expenses associated with the matters being resolved here.

November 26, 2014

| BAYARD, P.A. | MORRIS JAMES LLP |
|---|---|
| */s/ Stephen B. Brauerman* | */s/ Kenneth L. Dorsney* |
| Richard D. Kirk (#922) | Kenneth L. Dorsney (#3726) |
| Stephen B. Brauerman (#4952) | 500 Delaware Avenue |
| Vanessa R. Tiradentes (#5398) | Suite 1500 |
| Sara E. Bussiere (#5725) | Wilmington, DE 19801 |
| 222 Delaware Avenue, Suite 900 | (302) 888-6800 |
| Wilmington, DE 19801 | kdorsney@morrisjames.com |
| rkirk@bayardlaw.com | |
| sbrauerman@bayardlaw.com | *Attorneys for Defendants Rackspace US, Inc.,* |
| vtiradentes@bayardlaw.com | *Rackspace Hosting, Inc. and Jungle Disk LLC* |
| sbussiere@bayardlaw.com | |

*Attorneys for Plaintiff Selene Communication Technologies, LLC*

IT IS SO ORDERED this_____ day of _____, 2014.

_____
United States District Judge